**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RAYMOND W. BISHER, | Hon. Gerald a. McHugh, U.S.D.J. |
| Plaintiff, | Civ. Action No. 2:22-CV-02094-GAM |
| v. | |
| NATIONAL RAILROAD PASSENGER CORP doing business as AMTRAK, | |
| Defendant. | |

## NOTICE OF APPEARANCE

Please kindly enter my appearance as lead counsel of record for the Defendant in the above-captioned matter.

Respectfully submitted,

**JACKSON LEWIS P.C.**

By: [signature]

Dated: August 11, 2026

Stephanie J. Peet, Esq. (Bar No.: 91744)
Three Parkway
1601 Cherry Street, Suite 1350
Philadelphia, Pennsylvania 19102
(267) 319-7802
Stephanie.Peet@jacksonlewis.com
Attorneys for Defendant

**CERTIFICATION OF SERVICE**

I hereby certify that on this 11th day of August, 2026, I caused a true and correct copy of the foregoing ***Notice of Appearance and this Certification*** to be served upon Plaintiff's counsel, William J. Fox, Esq., via the Court's ECF system.

Stephanie J. Peet, Esq.