**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RAYMOND W. BISHER** | : | |
| | : | **CIVIL ACTION** |
| **v.** | : | **No. 22-2094** |
| | : | |
| **NATIONAL RAILROAD** | : | |
| **PASSENGER CORPORATION (AMTRAK)** | : | |

**ORDER**

This 2nd day of September, 2026, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment, ECF 25, is **GRANTED**.

/s/ Gerald Austin McHugh
United States District Judge